**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6186**

_____

YO,

        Plaintiff - Appellant,

    v.

ALLISON LAND, Commissioner; MARIO DENNIS, Ph.D., Director of Forensic Services; CRAIG S. KING, Psy.D., Clinical Psychologist,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:20-cv-00447-MHL-RCY)

_____

Submitted:  October 18, 2022             Decided:  October 20, 2022

_____

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Yo, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yo appeals the district court's order denying his motions to amend the complaint in an action that, more than a year earlier, the district court had dismissed without prejudice for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] *Yo v. Land*, No. 3:20-cv-00447-MHL-RCY (E.D. Va. Feb. 7, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] To the extent that Yo seeks to appeal the August 13, 2020, order dismissing his action, his notice of appeal was filed more than a year after the appeal period expired and therefore this court lacks jurisdiction. *See* Fed. R. App. P. 4(a)(1)(A), (a)(7)(A)(ii).